# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDUARDO DIAZ MORALES,** :<br>Plaintiff, :<br>:<br>v. :<br>:<br>**MICHAEL J. ASTRUE,** :<br>**Commissioner of the** :<br>**Social Security Administration,** :<br>**Defendant.** :<br>: | **CIVIL ACTION**<br>**No. 11-0804** |

## ORDER

**AND NOW**, this 29th day of June 2011, upon consideration of Defendant's unopposed Motion for Remand [doc. no. 12] on grounds that further development of the record and evaluation of the SSI and DIB claims are warranted, it is hereby **ORDERED** that:

1. The Report and Recommendation [doc. no. 13] is **APPROVED** and **ADOPTED**;

2. The Commissioner's Unopposed Motion for Remand [doc. no. 12] is **GRANTED**; and

3. This matter is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with this adjudication.

The Court enters final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The Clerk of Court is **DIRECTED** to close this case.

It is so **ORDERED**.

                     **BY THE COURT:**

                     **/s/ Cynthia M. Rufe**
                     **CYNTHIA M. RUFE, J.**